JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
      Office of Program Litigation, Office 7
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone:  (510) 970-4809
      Email:  Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DEAN R. FREW, | No. 5:24-cv-01163-DDP-AJR |
|     Plaintiff, | **JUDGMENT** |
|       v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
|     Defendant. | |

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four

of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND

DECREES that judgment is entered for Plaintiff.

DATED: 10/24/2024                                         

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE